Date: 08/12/10         **DIVIDENDS REMITTED TO THE COURT**         Page: 1
Check Number 3019 Dated 08/12/10
Case Number 09-17303 - GRADY, MICHAEL J

# 150747

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | 000008 | 1,156.07 | 4.00 |
| PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | 000012 | 1,216.95 | 4.21 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000018 | 1,303.63 | 4.51 |
| ---------- Remittance Total --------------- | | 3,676.65 | 12.72 |

ck 3019

SHELDON STEIN, BANKRUPTCY TRUSTEE



FILED 2010 AUG 12 AM 11:46
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 08/12/10 10:16 AM  Ver: 15.10d